UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | INDICTMENT CR19-294 PJS/LIB |
| Plaintiff, | 18 U.S.C. § 2113(a) |
| v. | |
| ROBERT VAUGHN EVANS,<br>a/k/a Terry Lykens,<br>a/k/a Terry Lynn Kincaid, | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Bank Robbery)

On or about May 1, 2019, in the State and District of Minnesota, the defendant,

**ROBERT VAUGHN EVANS,**
**a/k/a Terry Lykens,**
**a/k/a Terry Lynn Kincaid,**

did by force, violence, and intimidation, take from the person and presence of a victim teller, United States currency belonging to and in the care, custody, control, management, and possession of the Gate City Bank, located in Moorhead, Minnesota, the deposits of which were then insured by the Federal Deposit Insurance Corporation, all in violation of Title 18, United States Code, Section 2113(a).

### FORFEITURE ALLEGATIONS

The allegations contained in Count 1 of this Indictment are incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

SCANNED
NOV 1 4 2019
U.S. DISTRICT COURT MPLS

Upon conviction of the offense in violation of Title 18, United States Code, Section 2113(a) set forth in Count 1 of this Indictment, the defendant shall forfeit to the United States of America any property, real or personal, which constitutes or is traceable to the violation, including $3,680 taken from Gate City Bank.

If any of the above-described forfeitable property is unavailable for forfeiture as a result of any act or omission of the defendant, the United States intends to seek the forfeiture of substitute property as provided in Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

                        A TRUE BILL

_____          _____
**UNITED STATES ATTORNEY**                                 **FOREPERSON**