UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19-CR-0294 (PJS/LIB) |
| Plaintiff, | |
| v. | ORDER |
| ROBERT VAUGHN EVANS, a/k/a Terry Lykens, a/k/a Terry Lynn Kincaid, | |
| Defendant. | |

---

Laura M. Provinzino, UNITED STATES ATTORNEY'S OFFICE, for plaintiff.

Douglas Olson, OFFICE OF THE FEDERAL DEFENDER, for defendant.

Defendant Robert Evans is charged with bank robbery in violation of 18 U.S.C. § 2113(a).  ECF No. 8.  Evans has brought a motion to suppress all statements that he made to law enforcement officers following his arrest.  ECF No. 22.  Magistrate Judge Leo I. Brisbois issued a Report and Recommendation ("R&R") on March 4, 2020, recommending that the Court deny Evans's motion to suppress.  ECF No. 31.  This matter is before the Court on Evans's objections to the R&R.  ECF No. 36.  The Court has conducted a de novo review.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b)(3).  In objecting to the R&R, Evans makes the same arguments that he made before Judge

Brisbois.  *Compare* ECF No. 28, *with* ECF No. 36.  The Court agrees with Judge Brisbois's analysis of those arguments.  *See* ECF No. 31.  The Court therefore adopts the R&R.

ORDER

Based on all of the files, records, and proceedings herein, the Court ADOPTS the R&R [ECF No. 31].  Accordingly, IT IS HEREBY ORDERED THAT defendant's motion to suppress statements, admissions, and answers [ECF No. 22] is DENIED.

Dated: April 21, 2020

 s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge