UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 19-CR-0294 (PJS/LIB) |
| Plaintiff, | |
| v. | ORDER |
| ROBERT VAUGHN EVANS, | |
| Defendant. | |

---

Based upon the request from the Federal Bureau of Prisons for an extension of time within which to complete the evaluation of the defendant as ordered by the Court on July 17, 2020, IT IS ORDERED that:

Pursuant to 18 U.S.C. § 3552(b), the Court grants an extension of the period of study. That study must be completed and the report submitted no later than December 10, 2020.

SO ORDERED.

Dated: October 22, 2020

s/Patrick J. Schiltz
Patrick J. Schiltz
United States District Judge